JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILTON MINCY,<br><br>        Plaintiff,<br><br>    v.<br><br>NORTH COUNTY CORRECTIONAL FACILITY, et al.,<br><br>        Defendants. | Case No. 2:21-cv-8371-AB (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Failure to Prosecute, **IT IS ADJUDGED** that this action is dismissed.

DATED: March 6, 2023

ANDRÉ BIROTTE JR.
United States District Judge